-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

EDWIN PARRA, 98A0814,

        Plaintiff,

        -v-

DR. LESTER WRIGHT, CHIEF M.D.;
DR/NP BEN OAKES, Southport C.F.;
DR. CANEFIELD, Southport C.F.;
JON VONHAGN, Nurse Administrator;
DIRECTOR OF HEALTH SERVICES, Southport;
K. WEAVER, RN, Southport C.F.;
D. WEED, RN, Southport C.F.;
MR. CLEMENT, Nurse, Southport C.F.;
DIR. OF HEALTH SERVICES, Lakeview C.F.;
N.P. OBERTEAN, Wende C.F.;
DIR. OF HEALTH SERVICES LEVITT, Wende C.F.;
SUSAN POST, Wende C.F.; and
L.WILCOX, NP, Lakeview C.F.,

        Defendants.

_____

DECISION AND ORDER
11-CV-6270Fe



    Plaintiff has submitted a complaint to the Court and seeks permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In order for the Court to grant the request, it needs sufficient information on which to base its determination.

    Here, the documentation plaintiff has submitted is inadequate to permit the Court to evaluate the request, because plaintiff has neglected to have prison officials complete the required prison certification section of the application form, without which the Court cannot grant the request and put the case forward. Because this section of the application form must be completed and signed by

a prison official, plaintiff may have until **July 22, 2011** to submit a supplementary application which includes a completed prison certification section.

The Clerk of the Court is directed to send plaintiff a new form application to proceed as a poor person.

By **July 22, 2011**, plaintiff must **either** submit the supplemental application form with a completed and signed prison certification **or** pay the full filing fee of $350.00. Plaintiff is forewarned that failure to comply with this order by either submitting the supplemental application with a signed certification section or paying the filing fee by the designated date will result in the dismissal of this case without prejudice.

If plaintiff has not complied with this order by **July 22, 2011**, the Clerk of the Court is directed to close this case as dismissed without prejudice without further order.

IT IS SO ORDERED.

DAVID G. LARIMER
United States District Judge

DATED: _____, 2011
Rochester, New York

2