-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

EDWIN PARRA, 98A0814,

       Plaintiff,

    -v-                             11-CV-6270Fe
                                   **ORDER**

DR. LESTER WRIGHT, CHIEF M.D.;
NP/PA BEN OAKES, Southport C.F.;
DR. CANFIELD, Southport C.F.;
JON VONHAGN, Nurse Administrator;
K. WEAVER, RN, Southport C.F.;
D. WEED, RN, Southport C.F.;
MR. CLEMENT, Nurse, Southport C.F.;
DR. CAISLEY, Lakeview C.F.; N.P.
OBERTEAN, Wende C.F.; DIR. OF HEALTH
SERVICES LEVITT, Wende C.F.; SUSAN
POST, Wende C.F.; L.WILCOX, N.P.
Lakeview C.F.; DR. CARL KOENIGSMANN,
M.D.; E. DINISIO, Regional Health
Admin.; and W. LUKAS, Regional Health
Admin.;

       Defendants.
_____

    Plaintiff, proceeding pro se, was given an opportunity to amend his complaint to allow the Court to determine whether claims against numerous defendants could proceed forward (Docket No. 7). Plaintiff has now filed an amended complaint (Docket No. 8) which has been screened by the Court with respect to the 28 U.S.C. §§ 1915(e)(2)(B) and 1915A criteria.

    Plaintiff's amended complaint adds defendants John Doe and Jane Doe but does not provide any allegations regarding these two individuals. As plaintiff was advised by the Court, a prerequisite for liability under a § 1983 claim is "personal involvement" by

the defendants in the alleged constitutional deprivation. Spencer v. Doe, 139 F.3d 107, 112 (2d Cir. 1998). As plaintiff has not provided any allegations at all regarding John Doe or Jane Doe, these defendants are dismissed. The Clerk of the Court is directed to revise the caption consistent with the caption on this Order.

The Clerk of the Court is also directed to cause the United States Marshal to serve copies of the Summons, Amended Complaint, and this Order upon the remaining defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the amended complaint.

**SO ORDERED.**

                                            S/ MICHAEL A. TELESCA
                                              MICHAEL A. TELESCA
                                      United States District Judge

Dated:    November 7, 2011
           Rochester, New York